IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Hutchison,<br><br>        Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.<br><br>        Defendants. | Case No.: 2:16-cv-01715-JWS<br><br>Hon. John W. Sedwick<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

DATED this 20th day of April 2017.

                                         /s/  JOHN W. SEDWICK
                             SENIOR JUDGE, UNITED STATES DISTRICT COURT